1   Kelly A. Evans, Esq. (Nevada Bar No. 7691)
    Chad R. Fears, Esq. (Nevada Bar No. 6970)
2   Aaron D. Ford, Esq. (Nevada Bar No. 7704)
    Cassie R. Stratford, Esq. (Nevada Bar No. 11288)
3   SNELL & WILMER L.L.P.
    3883 Howard Hughes Parkway, Suite 1100
4   Las Vegas, NV  89169
    Telephone (702) 784-5200
5   Facsimile (702) 784-5252
    Email: aford@swlaw.com
6   Email: cfears@swlaw.com

7

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10

11  IN RE: The Application of Alicia Trachuk,        CASE NO. 2:09-cv-01768-GMN-LRL

12                         Petitioner,

13  vs.                                              **STIPULATION AND ORDER TO
                                                     DISMISS CASE WITHOUT PREJUDICE**
14  Daniel Videla Poblete,

15                         Respondent.

16          IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Alicia Trachuk

17  ("Trachuk") and Defendant Daniel Videla Poblete ("Poblete"), through their undersigned counsel:

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

THAT the above-captioned case, all claims, causes of action and defenses between Trachuk and Poblete set forth in the pleadings be dismissed without prejudice, with each party to bear their own attorneys' fees and costs.

Dated: September 15, 2010.

By: _____
Daniel V. Poblete
6563 Aztec Rose Way
Las Vegas, Nevada 89142

*Respondent/Counter-petitioner in Proper Person*

Dated: September 15, 2010.

SNELL & WILMER L.L.P.

By: _____
Kelly A. Evans, Esq.
Chad R. Fears, Esq.
Aaron D. Ford, Esq.
Cassie R. Stratford, Esq.
Snell & Wilmer L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169

*Attorneys for Petitioner Alicia Trachuk*

## ORDER

IT IS SO ORDERED that the above-captioned case and all claims, causes of action and defenses between Trachuk and Poblete, set forth in the pleadings, are dismissed without prejudice, with each party to bear their own attorneys' fees and costs.

_____
Gloria M. Navarro
United States District Judge

Respectfully submitted,

SNELL & WILMER L.L.P.

By: _____
Kelly A. Evans, Esq.
Chad R. Fears, Esq.
Aaron D. Ford, Esq.
Cassie R. Stratford, Esq.
Snell & Wilmer L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169

*Attorneys for Petitioner Alicia Trachuk*

DATED: September 17, 2010.